UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN CHMIELEWSKI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Civil Action No. 20-3025 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 19, 2023 Minute Order, Plaintiff, Kevin Chmielewski, and Defendants the United States Environmental Protection Agency ("EPA"), and various officials thereof, acting in their official capacities (collectively, "Defendants" and, together with Plaintiff, "Parties"), hereby submit the following joint status report.

1. On July 28, 2022, the Court granted EPA's partial motion to dismiss the first amended complaint. ECF Nos. 43, 44.

2. On August 10, 2022, the Court granted Defendants' Unopposed Motion to Hold Answer Deadline in Abeyance Pending Motion to Supplement Complaint (ECF No. 45). ECF No. 46. The Court ordered that Defendants' obligation to answer the first amended complaint be held in abeyance and ordered further that Defendants shall answer or otherwise respond to the operative complaint within thirty days of a decision by the Court on Plaintiff's motion to supplement the complaint. *Id.* The Court ordered further that, if no motion to supplement is filed, Defendants shall answer the first amended complaint no later than September 23, 2022. *Id.*

3.      On September 21, 2022, the Court granted Defendants' Consent Motion to Stay Proceedings and ordered that the action and all outstanding deadlines be stayed up to and including October 11, 2022.

4.      On October 19, 2022, upon consideration of the Parties' the Joint Status Report (ECF No. 48), the Court ordered that the action and all outstanding deadlines be stayed up to and including November 29, 2022, and further ordered that, on or before November 29, 2022, the Parties shall file a joint status report proposing a schedule for further proceedings.

5.      On November 29, 2022, the Parties reported that they had been engaged in settlement discussions, having exchanged settlement communications, and believed that they would benefit from additional time to discuss a potential settlement of Plaintiff's remaining claims. ECF No. 49

6.      On January 13, 2023, the Parties reported that, since their last joint status report, they had productive discussions toward settlement, and anticipated continued progress toward potential settlement in the near term.   ECF No. 50.

7.      On January 19, 2023, upon review of the Parties' Joint Status Report (ECF No. 50), the Court ordered that the action and all outstanding deadlines be stayed up to and including February 22, 2023, and further ordered that, on or before February 22, 2023, the Parties should file a joint status report proposing a schedule for further proceedings.

8.      Today the Parties report that, since their last joint status report, they have made additional progress toward potential settlement and anticipate to continue making progress toward that objective in the near term.

9.      In light of the above, the Parties respectfully request that the Court continue the stay of this matter up to and including April 10, 2023, and that the Parties be allowed to file an

additional joint status report on or before April 10, 2023, to advise the Court of their progress and propose further proceedings.

 A proposed order is attached.

Dated:   February 22, 2023        Respectfully submitted,

   /s/ *Thad M. Guyer*
Thad Guyer (Oregon Bar 821443 *pro hac vice*)

John A. Kolar, (D.C. Bar 292953)
jackk@whistleblower.org

Samantha P. Feinstein (D.C Bar 1655505)
samanthaf@whistleblower.org

Government Accountability Project
1612 K. Street NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 457-0034

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division,
U.S. Attorney's Office

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

By: */s/ Sian Jones*
SIAN JONES, D.C. Bar No. 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
(202) 252-2578
Sian.Jones@usdoj.gov

MICHAEL J. GERARDI
DC Bar No. 1017949
Trial Attorney
1100 L Street, NW
Washington, D.C. 20005
(202) 616-0680
michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

4